UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARK ADAMS ELECTRIC INC. et al., <br><br> Defendants. | CASE NO. 2:21-cv-00043-LK <br><br> REQUEST FOR STATUS UPDATE |

    This matter comes before the Court sua sponte. Plaintiffs filed this case in January 2021 to recover allegedly unpaid benefit contributions. Dkt. No. 1 at 7–10. A few weeks later, Plaintiffs filed a notice that Defendant Mark Adams Electric, Inc. had filed a voluntary bankruptcy petition under Chapter 7 of the Bankruptcy Code. Dkt. No. 7 at 1; *see In re Mark Adams Elec., Inc.*, No. 21-30169-dwh7 (Bankr. D. Ore. 2021). Although individual Defendant Mark Adams was not a debtor in that proceeding and thus not subject to the automatic stay, Plaintiffs requested a stay of this matter as to Mr. Adams too. Dkt. No. 7 at 2. Since then, this case has been stayed.

REQUEST FOR STATUS UPDATE - 1

Plaintiffs indicated that they would "periodically advise the Court of the status in the bankruptcy proceedings," *id.*, but they have not provided updates. Therefore, the Court requests a status update within 30 days of the date of this Order briefly describing the status of the bankruptcy proceedings and whether the stay should continue in this case.

Dated this 1st day of October, 2024.

*Lauren King*

Lauren King
United States District Judge