Honorable Lauren King

UNITED STATES DISTRICT COUT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST; PUGET SOUND ELECTRICAL WORKERS PENSION TRUST; PUGET SOUND ELECTRICAL WORKERS 401(k) SAVINGS PLAN TRUST; and PUGET SOUND ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST,

Plaintiffs,

v.

MARK ADAMS ELECTRIC, INC., an Oregon corporation; and MARK ADAMS, an individual,

Defendants.

Case No. 2:21-cv-00043-LK

ORDER GRANTING THE TRUST FUNDS' MOTION FOR ISSUANCE OF SUMMONS

This matter is before the Court on the motion of Plaintiffs for issuance of a new summons to Individual Defendant Mark Adams.  The Court has considered the motion, as well as the pleadings, files, and records in this matter.  Being otherwise fully advised, the Court ORDERS:

    1.    Plaintiffs' Motion is GRANTED; and

\\

\\

\\

ORDER – 1
2:21-cv-00043-LK

TURNER, STOEVE & GAGLIARDI, P.S.
201 W North River Drive, Suite 190
Spokane, WA  99201
(509) 326-1552

2.     The Clerk of Court is directed to issue a new summons to Individual Defendant Mark Adams in the form proposed by the Plaintiffs.

Dated: March 31 , 2026.

Honorable Lauren King
United States District Judge

ORDER – 2
2:21-cv-00043-LK

TURNER, STOEVE & GAGLIARDI, P.S.
201 W North River Drive, Suite 190
Spokane, WA  99201
(509) 326-1552